# EXHIBIT B

# EXHIBIT B

| Infringing Instagram Post | Infringing Facebook Post | Infringing Post Date | Original FJerry Work | Title of Copyrighted Work | Copyright Reg No |
|---|---|---|---|---|---|
| | | Instagram January 6, 2022; Facebook January 6, 2022 | | DUDEWITHSIGN-November 26 2021 | VA 2-319-343 |
| | | Instagram December 1, 2021; Facebook December 1, 2021 | | DUDEWITHSIGN-OCTOBER 15 2021 | VA 2-319-343 |
| | | Instagram March 30, 2021; Facebook March 30, 2021 | | DUDEWITHSIGN-OCTOBER 7 2020 | VA 2-319-344 |
| | | Instagram December 26, 2020; Facebook December 26, 2020 | | DUDEWITHSIGN-MARCH 26 2020 | VA 2-319-344 |

| | | | | | |
|---|---|---|---|---|---|
| | | Instagram March 1, 2022; Facebook March 1, 2022 & | | DUDEWITHSIGN- MARCH 13 2020 | VA 2-319-344 |
| | | Instagram November 18, 2020; Facebook November 18, 2020 | | DUDEWITHSIGN- MARCH 13 2020 | VA 2-319-344 |
| | | Instagram January 31, 2022; Facebook January 31, 2022 | | DUDEWITHSIGN- DECEMBER 7 2021 | VA 2-319-343 |
| | | Instagram September 19, 2021; Facebook September 19, 2021 | | DUDEWITHSIGN- JUNE 28 2021 | VA 2-319-343 |

| | | | | | |
|---|---|---|---|---|---|
| | | Instagram August 20, 2021; Facebook August 20, 2021 | | DUDEWITHSIGN-JUNE 1 2021 | VA 2-319-343 |
| | | Instagram June 29, 2021; Facebook June 29, 2021 | | DUDEWITHSIGN-JUNE 21 2021 | VA 2-319-343 |
| | | Instagram May 16, 2021: Facebook May 16, 2021 | | DUDEWITHSIGN-MARCH 11 2021 | VA 2-319-343 |
| | | Instagram April 25, 2021; Facebook April 25, 2021 | | DUDEWITHSIGN-NOVEMBER 10 2020 | VA 2-319-344 |
| | | Instagram February 23, 2021; Facebook February 23, 2021 | | DUDEWITHSIGN-AUGUST 25 2020 | VA 2-319-344 |



| | | Instagram September 21, 2020; Facebook September 21, 2020 | | DUDEWITHSIGN-MARCH 10 2020 | VA 2-319-344 |
|---|---|---|---|---|---|